WILLIAM H. DE WITT et al., Respondents, *v.* NELLIE PATTERSON, Appellant.

Submitted January 21, 1954; decided January 22, 1954.

*Everett K. Van Allen* for appellant.

*Arthur E. Rosenberg* for respondents.

Application granted. Appeal dismissed, with costs.